# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL TAMAYO TORRES, JR., | CASE NO. 1:08-cv-00748-SMS PC |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO AMEND DOCKET ENTRY TO REFLECT SUBMISSION OF EXHIBITS, AND STRIKING IMPROPERLY SUBMITTED EXHIBITS |
| v. | |
| MIKE EVANS, et al., | (Doc. 7) |
| Defendants. | |

Plaintiff Manuel Tamayo Torres, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 2, 2008. On September 29, 2008, Plaintiff filed exhibits in support of his complaint, which were docketed as an amended complaint.

It is unnecessary for Plaintiff to submit exhibits in support of his complaint. The federal system is one of notice pleading, and all that is required is for Plaintiff to allege his claims and the facts in support of his claims. Fed. R. Civ. P. 8(a). However, if a plaintiff wishes to submit exhibits, the exhibits must be attached to the complaint and incorporated by reference. Plaintiff may not, after the fact, submit evidence to the Court in support of his previously filed complaint. Because the exhibits were not properly submitted, they shall be stricken from the record.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk's Office shall amend the docket entry to reflect that Plaintiff submitted exhibits in support of his complaint rather than an amended complaint; and

///

1

2. The exhibits are stricken from the record on the ground that they were improperly submitted.

IT IS SO ORDERED.

**Dated:   October 2, 2008**                             /s/ Sandra M. Snyder
                                                          UNITED STATES MAGISTRATE JUDGE