MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Manuel Tamayo Torres, Jr., | No. CV 1-08-748-FRZ |
| Plaintiff, | **ORDER** |
| vs. | |
| Mike Evans, et al., | |
| Defendants. | |

In a February 19, 2009 Order (Doc. #11), the Court gave Plaintiff 30 days to complete and return to the Clerk of Court a Notice of Submission of Documents and submit with the Notice a copy of the Complaint, a copy of the Court's February 19, 2009 Order, a completed summons for each Defendant, and a completed USM-285 for each Defendant. Plaintiff has returned the required papers (Doc. #13).

On February 24, 2009, Plaintiff filed a document entitled "Complaint Under the Civil Rights Act 42 U.S.C. § 1983," (Doc. #12), which the Clerk of Court entered on the docket as a "First Amended Complaint." It is not a First Amended Complaint; it is a notice to the Court that Plaintiff intends not to change his name. The Court will direct the Clerk of Court to amend the docket entry to reflect that Document #12 is a "Notice" and not a first amended complaint. **Plaintiff can avoid the incorrect docketing of his documents by giving each one a proper title (for example, "Motion" or "Notice") rather than entitling each as a "Complaint Under the Civil Rights Act 42 U.S.C. § 1983."**

**TERMPSREF**

**IT IS ORDERED:**

(1) The Clerk of Court must **amend** the docket entry for Document #12 to reflect that Document #12 is a "Notice" and not a first amended complaint.

(2) The Clerk of Court must send to the United States Marshal:

    (a) a copy of the Complaint for each Defendant to be served,

    (b) a copy of the Court's February 19, 2009 Order for each Defendant to be served,

    (c) a completed and issued summons for each Defendant to be served,

    (d) a completed USM-285 for each Defendant to be served, and

    (e) a copy of this Order.

(3) If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Complaint on a Defendant within 120 days of the filing of this Order, the action may be dismissed as to each Defendant not served. Fed. R. Civ. P. 4(m).

(4) The United States Marshal must retain the Summonses, USM-285 forms, a copy of the Complaint, a copy of the Court's February 19, 2009 Order, and a copy of this Order for future use.

(5) Within 10 days of the date this Order is filed, the United States Marshal must notify Defendants of the commencement of this action and request waiver of service of the summons pursuant to Rule 4(d) of the Federal Rules of Civil Procedure. The notice to Defendants must include a copy of this Order and the Court's February 19, 2009 Order.

(6) The United States Marshal must immediately file requests for waivers that were returned as undeliverable and waivers of service of the summons.

(7) If a waiver of service of summons is not returned by a Defendant within 60 days from the date the request for waiver was sent by the United States Marshal, the Marshal must:

    (a) personally serve copies of the Summons, the Complaint, the Court's February 19, 2009 Order, and this Order upon Defendant pursuant to Rule 4(e)(2) of

1 the Federal Rules of Civil Procedure, and shall command all necessary assistance
2 from the California Department of Corrections and Rehabilitation (CDCR) to execute
3 this Order. The United States Marshal must maintain the confidentiality of all
4 information provided by the CDCR pursuant to this Order.

(b) within 10 days after personal service is effected, file the return of service for Defendant, along with evidence of the attempt to secure a waiver of service of the summons and of the costs subsequently incurred in effecting service upon Defendant. The costs of service must be enumerated on the return of service form (USM-285) and must include the costs incurred by the Marshal for photocopying additional copies of the Summons, Complaint, the February 19, 2009 Order, or this Order and for preparing new process receipt and return forms (USM-285), if required. Costs of service will be taxed against the personally served Defendant pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure, unless otherwise ordered by the Court.

(8) **A Defendant who agrees to waive service of the Summons and Complaint must return the signed waiver forms to the United States Marshal, not the Plaintiff.**

(9) Defendants must answer the Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

(10) Any answer or response must state the specific Defendant by name on whose behalf it is filed. The Court may strike any answer, response, or other motion or paper that does not identify the specific Defendant by name on whose behalf it is filed.

DATED this 20th day of March, 2009.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge